## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CARLOS RICHARDSON,**

    **Plaintiff,**                      **Case No. 2:20-cv-4141**
    **v.**                                  **JUDGE EDMUND A. SARGUS, JR.**
                                         **Magistrate Judge Kimberly A. Jolson**

**GARY MOHR,** *et al.,*

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 18, 2020. (ECF No. 3.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's § 1983 claim is **DISMISSED** and Plaintiff's RLUIP claim is **DISMISSED without prejudic**e.

    **IT IS SO ORDERED.**


**9/2/2020**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**